IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                     No. 2:03-cr-20065-JDB-1

JOSEPH ALEXANDER MILLER,

    Defendant.

---

ORDER DIRECTING CLERK TO FILE DOCKET ENTRY 126
IN DEFENDANT'S CIVIL CASE

---

On February 3, 2020, Defendant, Joseph Alexander Miller, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Docket Entry ("D.E.") 119.) The Court transferred the motion to the Sixth Circuit Court of Appeals, as it viewed Miller's motion as a second or successive petition. (D.E. 120.) The Sixth Circuit disagreed and remanded this matter. (D.E. 123.) Subsequently, the Court directed the Clerk of Court to file the motion as the case-initiating pleading in a new 28 U.S.C. § 2255 case, *Miller v. United States*, No. 1:20-cv-01101-JDB-jay. (D.E. 124.)

On June 1, 2020, Defendant filed a "supplemental brief," listing his criminal case number and an incorrect civil case number. (D.E. 126.) As such, the supplemental brief was filed in the above-captioned matter. The Clerk of Court is DIRECTED to refile Docket Entry 126 in Miller's § 2255 case. Further, Defendant is ORDERED to submit any future filings relating to his § 2255 case under the following caption: *Miller v. United States*, No. 1:20-cv-01101-JDB-jay.

IT IS SO ORDERED this 3rd day of June 2020.

                                                    s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE